# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-3340
_____

ROBERT W. ROSS,

    Appellant,

    v.

FLORIDA STATE FAIR AUTHORITY
and GALLAGHER BASSETT
SERVICES,

    Appellees.

_____


On appeal from an order of the Judge of Compensation Claims.
Mark A. Massey, Judge.

Date of Accident: September 27, 2013.

June 25, 2018

PER CURIAM.

    AFFIRMED.

MAKAR, WINOKUR, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Craig O. Stewart of Morgan & Morgan, P.A., Tampa, and Wendy S. Loquasto of Fox & Loquasto, P.A., Tallahassee, for Appellant.

Tim Jesaitis of The Law Office of Tim Jesaitis, P.A., St. Petersburg, for Appellees.